UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Applicant,                        Case No. 2:25-mc-50834

v.                                         Honorable Susan K. DeClercq
                                                   United States District Judge

HENRY FORD HEALTH SYSTEM,

        Respondent.
_____/

**ORDER DIRECTING RESPONDENT TO APPEAR AND SHOW CAUSE, DIRECTING APPLICANT TO SERVE RESPONDENT, AND DIRECTING RESPONDENT TO FILE ANSWER TO AMENDED APPLICATION**

The Equal Employment Opportunity Commission has filed an Amended Application for an Order to Show Cause why an administrative subpoena should not be enforced. ECF No. 2. Subpoena No. DT-25-09 was served on the Respondent, Henry Ford Health System, on March 6, 2025, in the investigation of Charge No. 471-2024-00382. *See* ECF No. 2-6. The Commission having duly served the subpoena upon the Respondent, and the Respondent having failed to fully comply within the period designated in the subpoena, it is hereby **ORDERED** that:

1. Henry Ford Heath System is **DIRECTED** to **APPEAR** on the **29th day of July 2025, at 2:00 PM EDT** in Courtroom 219 of the Theodore Levin United States Courthouse, 231 West Lafayette Blvd., Detroit, Michigan 48226, and

- 2 -

show cause why it should not be compelled to comply with the subpoena issued to it;

2. The Commission, as the moving party, is **DIRECTED** to **SERVE** the Respondent with a copy of this Order to Show Cause by personal service and by first class mail return receipt requested, **on or before July 10, 2025**;

3. Henry Ford Health System is **DIRECTED** to **FILE AND SERVE** its answer to the Commission's Amended Application, ECF No. 2, **on or before July 24, 2025**.

**This is not a final order and does not close the above-captioned case.**

                                                     */s/Susan K. DeClercq*
                                                     SUSAN K. DeCLERCQ
                                                     United States District Judge

Dated: June 26, 2025